Entered on Docket November 7, 2014

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No. 14-17218-KAO |
|---|---|
| Kim A Wake fka Kim O Angeles<br>Marshall D Wake<br><br>Debtors. | Chapter 7<br><br>ORDER TERMINATING THE<br>AUTOMATIC STAY |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A., as trustee for the Certificateholders of MASTR Asset-Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series 2007-NCW. Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at **20028 15th Ave NE #101, Shoreline, WA 98155** (the "Property").

2. The automatic stay is terminated as to Movant, its successors and/or assigns. Movant, its successors and/or assigns, may pursue all remedies under state law in connection with the Property and security interest, and may commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

Order Terminating the Automatic Stay - 1
MH# WA-14-106502

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
206-319-9100

Case 14-17218-KAO    Doc 15    Filed 11/07/14    Ent. 11/07/14 17:17:23    Pg. 1 of 2

3. Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Movant may contact Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and selling the Property, and recovering its costs, unless otherwise ordered by this Court.

///END OF ORDER///

Submitted by:

McCarthy & Holthus, LLP

/s/ Angela M. Michael
Angela M. Michael, Esq., WSBA #37727
Attorneys for Movant

Order Terminating the Automatic Stay - 2
MH# WA-14-106502

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
206-319-9100

Case 14-17218-KAO    Doc 15    Filed 11/07/14    Ent. 11/07/14 17:17:23    Pg. 2 of 2