_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MARSHALL D WAKE and<br>KIM A WAKE,<br><br>        Debtors. | No. 14-17218<br><br>ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH DEBTOR FOR PAYMENT OF $2,000 |

    THIS MATTER coming on duly and regularly before the Court upon the Trustee's Motion to Approve Settlement with Debtors on Payment of $2,000, no further notice of the Trustee's motion given, the court finding notice has been sufficient; the Trustee Virginia A. Burdette appearing, and for good cause shown, the court finds that the settlement is fair and reasonable and in the best interest of creditors; it is hereby

//
//
//
//
//
//
//
//

ORDER GRANTING TRUSTEE'S MOTION
TO APPROVE SETTLEMENT WITH
DEBTORS FOR PAYMENT OF $2,000 - 1

ANDREWS ♦ BURDETTE
Plaza 600 Building
600 Stewart Street, Suite 1300
Seattle, WA 98101
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

1   ORDERED that the Trustee is authorized to accept the settlement with the Debtor payable in the
2   amount of $2,000 and, in addition, any non-exempt amount of the 2014 tax refund.

///END OF ORDER///

Presented by:

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee
600 Stewart Street, Suite 1300, Seattle, WA 98101
Telephone: (206) 441-0203 / Facsimile: (206) 624-2631

ORDER GRANTING TRUSTEE'S MOTION
TO APPROVE SETTLEMENT WITH
DEBTORS FOR PAYMENT OF $2,000 - 2

ANDREWS ♦ BURDETTE
Plaza 600 Building
600 Stewart Street, Suite 1300
Seattle, WA 98101
Telephone: (206) 441-0203
Facsimile: (206) 624-2631